PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.   Docket # 8:02CR10

**Clayton Bullard**

On October 28, 2002, Clayton Bullard was sentenced to 70 months custody, to be followed by 60 months of supervised release. The period of supervised release commenced December 8, 2006. Clayton Bullard has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Clayton Bullard be discharged from supervision.

Respectfully submitted,

*Karen D. Bucksbee*

Karen Bucksbee  
U.S. Probation Officer Assistant

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _16th_ day of _November_, 2009.

_____  
The Honorable Laurie Smith Camp  
U.S. District Judge